1  GRANT P. FONDO
   *GFondo@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, California  94063
   Tel.: +1 650 752 3100
4  Fax: +1 650 853 1038

5  HAYES P. HYDE
   *HHyde@goodwinlaw.com*
6  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
7  San Francisco, California  94111
   Tel.: +1 415 733 6000
8  Fax: +1 415 677-9041

9  JAMES NIKRAFTAR
   *JNikraftar@goodwinlaw.com*
10 **GOODWIN PROCTER LLP**
   520 Broadway, Suite 500
11 Santa Monica, California 90401
   Tel.: +1 424 252-6400
12 Fax: +1 424 252-6401

13 Attorneys for Plaintiff
   NORMAN INTERTRADE LTD.
14

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | NORMAN INTERTRADE LTD., | Case No. 5:24-cv-2422 |
|---|---|---|
| 19 | Petitioner, | **DECLARATION OF HAYES P. HYDE IN SUPPORT OF UNOPPOSED PETITION TO CONFIRM FOREIGN FINAL ARBITRATION AWARD** |
| 20 | v. | |
| 21 | BON-WOONG KOO; and THE ESTATE OF CHA-HONG KOO, | |
| 22 | Respondents. | |

**DECLARATION OF HAYES P. HYDE**

I, Hayes P. Hyde, declare as follows:

1. I am a member of the State Bar of California and a partner at the law firm of Goodwin Procter LLP, counsel to Petitioner Norman Intertrade Ltd ("Normal Intertrade"). I make this declaration in support of Norman Intertrade's Petition to Confirm Foreign Final Arbitration Award. I have personal knowledge of the matters set forth below and, if called as a witness, could competently testify to same.

2. Attached as **Exhibit 1** is a true and correct copy of the Consent Award issued by Patricia Peterson, the Sole Arbitrator in Arbitration No. 204715 under the LCIA Arbitration Rules on April 30, 2021.

3. Attached as **Exhibit 2** is a true and correct copy of the Promissory Loan Agreement dated May 24, 2019 among Norman Intertrade Ltd., Bon-Woong Koo, and Cha-Hong Koo (the "Loan Agreement").

4. Attached as **Exhibit 3** is a true and correct copy of the Deed of Guarantee and Indemnity dated May 24, 2019 among Norman Intertrade Ltd., Bon-Woong Koo, and Cha-Hong Koo (the "Guarantee").

5. Attached hereto as **Exhibit 4** is a true and correct copy of a notice of delinquency dated December 21, 2022 sent by Norman Intertrade Ltd. to Bon-Woong Koo and Cha-Hong Koo (the "Koo Parties") notifying the Koo Parties of delinquency of their February 1, 2022 payment.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email dated January 18, 2023 sent by Bon-Woong Koo to Norman Intertrade Ltd.

7. Norman Intertrade initiated arbitration proceedings with LCIA Worldwide Arbitration and ADR pursuant to Section 6.09 of the Guarantee on April 22, 2020.

8. The Koo Parties have paid Norman Intertrade nine of the ten payments owed under the Consent Award. The Koo Parties are still obligated to pay a principal amount of $215,613.79, plus applicable interest up to the date of payment based on a simple rate of 18% per annum with Actual/360 day count convention which, as of the date of this filing totals $303,152.99.

///

9. Mr. Bon-Woong Koo, acting on behalf of the Koo Parties, confirmed to me via email on April 22, 2024 that the Koo Parties consent to and do not oppose this confirmation proceeding. Attached hereto as **Exhibit 6** is a true and correct copy of that email dated April 22, 2024.

10. No prior application for similar relief has been made to this Court.

I declare under penalty of perjury that the forgoing is true and correct. Executed on April 23, 2024 in San Francisco.

                                                   */s/ Hayes P. Hyde*
                                                   HAYES P. HYDE