# EXHIBIT 4

EXHIBIT 4

**To:** Mr Bon-Woong Koo
243 Angela Drive, Los Altos, CA 94022, USA
**To:** Mr Cha-Hong Koo
435 Tasso Street, Palo Alto, CA 94301, USA

**From:** Norman Intertrade LTD
Trident Chambers, PO Box 146, Road Town, Tortola, British Virgin Islands

Date: 21 December 2022

NOTICE
(the "**Notice**")

We refer to the Consent Award made by Ms. Patricia Peterson, Sole Arbitrator, on 30 April 2021 in the LCIA arbitration No. 204715, with **Cha-Hong Koo** as Respondent-1, **Bon-Woong Koo** as Respondent-2, and **Norman Intertrade LTD** as the Claimant (the "**Consent Award**").

All capitalized terms used in this Notice shall have the meaning given to them in the Consent Award, unless otherwise stated in this Notice.

We hereby inform you that as of 21 December 2022, the payment in accordance with the Schedule to the Consent Award, which was due on 1 February 2022, has not been received by Norman Intertrade LTD. As of the date of this Notice, the outstanding amount under the Consent Award amounts to USD 215,614.00 of principal amount and accrued post-award interest which applies up until the aforementioned date.

By the present Notice, we urge you to immediately perform your obligations under the Consent Award. We remind you that all relevant amounts under the Consent Award are now due and payable in accordance with the terms of the Consent Award. By sending this notice Norman Intertrade LTD hereby informs that it is entitled to enforce the Consent Award in any jurisdiction as per Article 17 of the Consent Award from this date in time and manner, corresponding with the provisions of the Consent Award.

This Notice is not in any way exhaustive, and we reserve our rights to supplement this Notice as we see appropriate. This Notice is made without prejudice to any other claims (whether potential or actual) that we have or may have against you, including, but not limited to, claims for reimbursement of our legal fees and other related expenses in connection with the enforcement of the Consent Award.

SIGNED AND DELIVERED

by

.................................
Valerii Kondratenko,
Director