# EXHIBIT 5

EXHIBIT 5

Date: Wednesday, January 18 2023 at 9:01 AM CET
Subject: Re: LCIA 204715 - Joint request of the Parties under Article 26.9 of the LCIA Arbitration Rules 2014
To: "Валерий Кондратенко" <valerii.kondratenko@masnavicapital.com>
Cc: "Hamer, Dannielle" <dannielle.hamer@morganlewis.com>, Igor Konstantinovsky <igorkonstantinovsky@gmail.com>, Andriy Romanchuk <aromanchuk@avellum.com>, Iryna Fonotova <ifonotova@avellum.com>, Kristina Mysenko <kmysenko@avellum.com>, "Waldron, David J." <david.waldron@morganlewis.com>, "Park, E. John" <john.park@morganlewis.com>, "Minne, Jacob J.O." <jacob.minne@morganlewis.com>, Chahongk.46@gmail.com, larysa.yamshchykova@masnavicapital.com, Oleksii Maslov <omaslov@avellum.com>

Dear Valerii,

I confirm here that I received the Notice.

I was surprised as I thought we closed this last year for some reason.

After looking into my overall position in Korea (most of my assets are there), I am reaching out to you and the principal (tried to reach Igor directly as well) to share some context and get your understanding.

I have no intention to fail getting this done completely but I have one personal situation as my father passed away last year.

Given the family business group, there is a complex process related to estate planning and the tax authorities also get involved which takes a 6-12 months period of work.

It is very hard to move around assets during this time and so I am in a bit of a challenging situation.

I am not asking for many more months here though. I would like to get your understanding that I would need some amount of time to figure out a liquidity solution for this. I will put this as my top priority and I don't think it should take too long and I also understand that more time means more interest for me to cover.

Given the history of payments I made and the special situation I am facing that was not expected, I would appreciate your understanding.

Best,

Brian