# EXHIBIT  6

# EXHIBIT  6

| | |
|---|---|
| **From:** | Brian Koo |
| **To:** | Nikraftar, James; Hyde, Hayes; m.litovaltsev; Кондратенко"; Oleksii Maslov; Лариса Ямщикова; Fondo, Grant P |
| **Subject:** | Confirmation of Consent Award No. 204715 (LCIA arbitration), unopposed motion |
| **Date:** | Monday, April 22, 2024 12:13:57 AM |

***EXTERNAL***

To:

Goodwin Law
(**"Goodwin Law"**), being the legal representatives of Norman Intertrade Ltd. (**"Claimant"**) within the state of California, US.

Dear Colleagues,

By present letter, I Mr Bon-Woong Koo residing at 243 Angela Drive, Los Altos, CA 94022, USA, (**"Respondent"**) hereby state and declare that being the Respondent under Consent Arbitration Award dd. April 30th, 2021 in the LCIA arbitration No. 204715 (**"Consent Award"**), I confirm the obligations arising under such Consent Award as of this date, **and shall refrain** from taking any actions which shall preclude the confirmation of the award, via filing or submitting the respective petition to the US Federal Court or State Court within the State of California, by legal representative of the Claimant under the Consent Award.

The legal representatives of the Claimant may take any action to confirm the Consent Award and file it in form of Unopposed Motion in the meaning defined by the applicable federal or state legislation of the State of California.

This letter shall be sufficient evidence to the US Federal Courts or State Courts within the State of California and may be used by Goodwin Law, as they deem applicable for the purpose of filling the petition, motion or any other document(s) or deed(s), necessary to confirm the Consent Award in the US court(s).

The letter sent via email previously used in communications between Respondent and Claimant to the emails of the legal representatives of the Claimant.

Kind regards,
Mr. Brian Koo.

(Bon Woong Koo)