1  GRANT P. FONDO
   *GFondo@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, California 94063
   Tel.: +1 650 752 3100
4  Fax: +1 650 853 1038

5  HAYES P. HYDE
   *HHyde@goodwinlaw.com*
6  **GOODWIN PROCTER LLP**
   Three Embarcadero Center
7  San Francisco, California 94111
   Tel.: +1 415 733 6000
8  Fax: +1 415 677-9041

9  JAMES NIKRAFTAR
   *JNikraftar@goodwinlaw.com*
10 **GOODWIN PROCTER LLP**
   520 Broadway, Suite 500
11 Santa Monica, California 90401
   Tel.: +1 424 252-6400
12 Fax: +1 424 252-6401

13 Attorneys for Petitioner
   NORMAN INTERTRADE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN INTERTRADE LTD., <br><br> Petitioner, <br><br> v. <br><br> BON-WOONG KOO; and THE ESTATE OF CHA-HONG KOO, <br><br> Respondents. | Case No. 5:24-cv-2422 <br><br> **[PROPOSED] ORDER GRANTING PETITIONER NORMAN INTERTRADE LTD'S UNOPPOSED PETITION TO CONFIRM FOREIGN FINAL ARBITRATION AWARD AND ENTER JUDGMENT THEREON** |

Before the Court is Petitioner Norman Intertrade LTD's ("Norman Intertrade") Unopposed Petition to Confirm Foreign Final Arbitration Award and Enter Judgment Thereon (the "Petition"). Having considered the papers submitted, it is hereby ORDERED that:

1. The April 30, 2021 Consent Award issued in LCIA Arbitration No. 204715 is confirmed.

2. The Consent Award issued on April 30, 2021 by Patricia Peterson, the Sole Arbitrator in Arbitration No. 204715 under the LCIA Arbitration Rules, having been confirmed, is binding and enforceable according to its terms.

3. Defendants Bon-Woong Koo and the Estate of Cha-Hong Koo are obligated to pay a principal amount of $215,613.79, plus applicable interest up to the date of payment based on a "simple rate of 18% per annum with 'Actual/360' day count convention." Consent Award at §§ 12-14.

**IT IS SO ORDERED** this _____ day of _____, 2024.

_____
The Honorable _____
United States District Judge