UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN INTERTRADE LTD., <br><br> Plaintiff, <br><br> v. <br><br> BON-WOONG KOO, et al., <br><br> Defendants. | Case No. 24-cv-02422-HSG <br><br> **ORDER GRANTING PETITIONER NORMAN INTERTRADE LTD.'S RENEWED MOTION FOR SERVICE BY PUBLICATION** <br><br> Re: Dkt. No. 25 |

Before the Court is Petitioner Norman Intertrade LTD's ("Norman Intertrade") motion for service of respondents Bon-Woong Koo and the Estate of Cha-Hong Koo by publication, Dkt. No. 25. The Court held a hearing on this motion on November 14, 2024. Having considered Norman Intertrade's arguments at that hearing and the papers submitted, the Court **GRANTS** the renewed motion for service by publication.

Petitioner has 75 days from the date of this Order to serve respondents by publication. At a minimum, notice shall be published once a week for six consecutive weeks in the San Francisco Chronicle, the Los Altos Town Crier, and the Palo Alto Weekly. The Court **DIRECTS** Norman Intertrade to file a declaration and any supporting proof confirming that this was done by February 3, 2025.

**IT IS SO ORDERED.**

Dated: 11/18/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge