# *EXHIBIT A*

Campaign: 11025202

## DECLARATION OF PUBLICATION OF



Amir Rezaee

Newspaper Representative

Declares that:
The annexed, or attached, advertisement has been regularly published in the

**San Francisco Chronicle**

Which is and was at all times herein mentioned
established as newspaper of general circulation in the
City and County of San Francisco, State of California, as
the term is defined by Section 6000 of the Government Code.

San Francisco Chronicle
901 Mission Street
San Francisco, CA 94103

As published in the issue(s) of

**12/19/2024**
**12/26/2024**
**1/2/2025**
**1/9/2025**
**1/16/2025**

I declare under penalty of perjury that the foregoing is
**true and correct.**

Executed on _____1/17/2025_____

At San Francisco, California

*Amir Rezaee*

Signature

Campaign: 11025202

**COPY OF ADVERTISEMENT**

# LEGAL NOTICES VISIT SFGATE.

**Legals/Public Notices**  **Legals/Public Notices**

**SUMMONS**
Civil Action No. 4:24-cv-02422-HSG
Norman Intertrade, Ltd v. Bon-Woong Koo and the Estate of Cha-Hong Koo

BON-WOONG KOO
243 Angela Drive
Los Altos, CA 94022, USA

AND

THE ESTATE OF CHA-HONG KOO
243 Angela Drive
Los Altos, CA 94022, USA

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hayes P. Hyde
Goodwin Procter LLP
525 Market Street, 32nd Floor San Francisco, CA 94105
Tel: +1 415 733 6044
Fax: +1 415 390 7975

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court

Date: 4/29/24
*CLERK OF COURT*
Mark B. Busby
/s/
Signature of Clerk of Deputy Clerk

**THE** San Luis & Delta-Mendota Water Authority is soliciting an Invitation for Bid (IFB) for F25-JPP-032: JPP Wear Rings for Pumps.
For any interested bidders, please respond via email to the Authority contact:
Travis Roberts, Contract Specialist
209-832-6259
Travis.roberts@sldmwa.org

Campaign: 11025202

## AFFIDAVIT DELIVERY INFORMATION

Affidavit Delivery Contact: Lori Gomez

Affidavit Delivery Address:

Campaign: 11025203

## DECLARATION OF PUBLICATION OF



Lori Gomez

Newspaper Representative

Declares that:
The annexed, or attached, advertisement has been regularly published in the

**San Francisco Chronicle**

Which is and was at all times herein mentioned
established as newspaper of general circulation in the
City and County of San Francisco, State of California, as
the term is defined by Section 6000 of the Government Code.

San Francisco Chronicle
901 Mission Street
San Francisco, CA 94103

As published in the issue(s) of

**1/23/2025**

I declare under penalty of perjury that the foregoing is
**true and correct.**

Executed on  1/27/2025

At San San Francisco, California

*Lori Gomez*

Signature

Campaign: 11025203

## COPY OF ADVERTISEMENT

**SUMMONS**
Civil Action No. 4:24-cv-02422-HSG
Norman Intertrade, Ltd v. Bon-Woong Koo and the Estate of Cha-Hong Koo

BON-WOONG KOO
243 Angela Drive
Los Altos, CA 94022, USA

AND

THE ESTATE OF CHA-HONG KOO
243 Angela Drive
Los Altos, CA 94022, USA

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hayes P. Hyde
Goodwin Procter LLP
525 Market Street, 32nd Floor
San Francisco, CA 94105
Tel: +1 415 733 6044
Fax: +1 415 390 7975

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court

Date: 4/29/24
CLERK OF COURT
Mark B. Busby
/s/
Signature of Clerk of Deputy Clerk

Campaign: 11025203

| AFFIDAVIT DELIVERY INFORMATION |
|---|

| | |
|---|---|
| Affidavit Delivery Contact: | Lori Gomez |
| Affidavit Delivery Address: | |