1  GRANT P. FONDO
   *GFondo@goodwinlaw.com*
2  **GOODWIN PROCTER LLP**
   601 Marshall Street
3  Redwood City, California  94063
   Tel.: +1 650 752 3100
4  Fax: +1 650 853 1038

5  HAYES P. HYDE (SBN 308031)
   *HHyde@goodwinlaw.com*
6  **GOODWIN PROCTER LLP**
   525 Market Street
7  San Francisco, California 94105
   Tel.: +1 415 733 6000
8  Fax: +1 415 677-9041

9
   Attorneys for Plaintiff
10 NORMAL INTERTRADE LTD.

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13

| NORMAL INTERTRADE LTD., | Case No. 4:24-cv-02422-HSG |
|---|---|
| Plaintiff, | **REQUEST FOR ENTRY OF DEFAULT AGAINST RESPONDENTS BON-WOONG KOO AND THE ESTATE OF CHA-HONG KOO** |
| v. | |
| BON-WOONG KOO; and THE ESTATE OF CHA-HONG KOO, | |
| Defendants. | Petition filed:   April 23, 2024 |

REQUEST FOR ENTRY OF DEFAULT                                CASE NO.  4:24-CV-02422-HSG

1  TO THE CLERK OF THE COURT:

2      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Norman Intertrade LTD.
3  ("Petitioner"), by and through its undersigned counsel, hereby respectfully requests the Clerk of
4  the Court enter default in this action against Bon-Woong Koo and the Estate of Cha-Hong Koo
5  ("Respondents") on the grounds that Respondents have failed to appear or otherwise respond to
6  the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  In support of
7  this Request, Petitioner states as follows:

8      On April 23, 2024, Petitioner filed its Unopposed Petition to Confirm Foreign Final
9  Arbitration Award and Enter Judgment Thereon issued against Respondents on April 30, 2021.
10 *See* Dkt. 1.

11     Pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, California Code of Civil
12 Procedure Section 415.5(a)(1), and this Court's Order Granting Petitioner Norman Intertrade
13 Ltd.'s Renewed Motion for Service by Publication (Dkt. 33), Petitioner effected service of
14 process on Respondents weekly for six weeks by publication in the San Francisco Chronicle, Los
15 Altos Town Crier, and Palo Alto Weekly.  *See* Dkt. 35. The last day of publication occurred on
16 January 31, 2025.  *Id.*  Proof of service by publication was filed with this Court on February 3,
17 2025.  *Id.*

18     More than 21 days have passed since service was effected on Respondents.  Respondents
19 have failed to respond or appear in this matter.  Respondents are neither minors, members of the
20 military, nor incompetent.  Therefore, Petitioner requests that the Clerk enter default against
21 Respondents.

22     The above-stated facts are set forth in the accompanying Declaration of Hayes P. Hyde
23 filed concurrently herewith.

24

25 Dated: February 24, 2025                            **GOODWIN PROCTER LLP**

26

27                                            By: */s/ Hayes P. Hyde*
28                                              Grant P. Fondo
                                             *GFondo@goodwinlaw.com*

|||
|---|---|
|1| Hayes P. Hyde |
|2| *HHyde@goodwinlaw.com* |
| | Lauren LaVare |
|3| *LLaVare@goodwinlaw.com* |
|4| Attorneys for Petitioner |
| | NORMAL INTERTRADE LTD. |

REQUEST FOR ENTRY OF DEFAULT    3    CASE NO . 4:24-CV-02422-HSG

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 S. Figueroa Street, Suite 4100, Los Angeles, California 90017.

On February 24, 2025, I caused to be served the following document(s) on the person(s) below:

REQUEST FOR ENTRY OF DEFAULT AGAINST RESPONDENTS BON-WOONG KOO AND THE ESTATE OF CHA-HONG KOO

DECLARATION OF HAYES P. HYDE IN SUPPORT OF ENTRY OF DEFAULT AGAINST RESPONDENTS BON-WOONG KOO AND THE ESTATE OF CHA-HONG KOO

| | |
|---|---:|
| Mr. Bon-Woong Koo<br>243 Angela Drive<br>Los Altos, CA 94022<br>brian@formation8.com | Respondents<br>*Bon-Woong Koo; And The<br>Estate Of Cha-Hong Koo* |
| Estate of Mr. Cha-Hong Koo<br>243 Angela Drive<br>Los Altos, CA 94022<br>brian@formation8.com | |

The documents were served by the following means:

☒ (MAIL). By United States mail. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒ (E-MAIL or ELECTRONIC TRANSMISSION). By electronic service on February 24, 2025. My electronic service address is *KTien@goodwinlaw.com*. Based on a court order or an agreement of the parties to accept electronic service, I caused the document(s) to be sent to the person(s) at the electronic service address(es) listed above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  Executed on February 24, 202 at Los Angeles, California.

| Kane Tien | *(signature)* |
|---|---|
| (Type or print name) | (Signature) |