

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

February 28, 2025

RE:24-cv-02422-HSG  Norman Intertrade Ltd. v. Koo

Default is entered as to both respondents Bon-Woong Koo and the Estate of Cha-Hong Koo on February 28, 2025.

Mark B. Busby, Clerk of Court

*Angela N.J.*

by:  Angela Jimenez
Case Systems Administrator
(510) 637-3535

REV. 7-19