GRANT P. FONDO (SBN 181530)
*GFondo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

HAYES P. HYDE (SBN 308031)
*HHyde@goodwinlaw.com*
LAUREN LaVARE (SBN 353374)
**GOODWIN PROCTER LLP**
525 Market Street, Floor 32
San Francisco, California 94105
Tel.: +1 415 733 6000
Fax: +1 415 677-9041

Attorneys for Petitioner
NORMAN INTERTRADE LTD.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORMAN INTERTRADE LTD., <br><br> Petitioner, <br><br> v. <br><br> BON-WOONG KOO; and THE ESTATE OF CHA-HONG KOO, <br><br> Respondents. | Case No. 4:24-cv-02422-HSG <br><br> **JUDGMENT CONFIRMING FOREIGN CONSENT AWARD** <br><br> Petition filed:   April 23, 2024 |

Petitioner Norman Intertrade LTD ("Norman Intertrade"), having petitioned and moved to have this Court confirm a Consent Award issued on April 30, 2021 by Patricia Peterson, the Sole Arbitrator in Arbitration No. 204715 under the LCIA Arbitration Rules (the "Consent Award"), who was duly appointed to resolve a dispute between Norman Intertrade and the Respondents Bon-Woong Koo and the Estate of Cha-Hong Koo ("Respondents"), and this Court having granted such Petition and having determined that Judgment should be entered in favor of Petitioner and against Respondents,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, AS FOLLOWS:

1. The Consent Award is hereby confirmed; and

2. Petitioner is awarded a total of $471,928.53, which consists of (1) the consent award principal of $215,613.79, (2) $152,007.72 in interest on the consent award principal, and (3) $104,307.02 in attorneys' fees and costs, to Petitioner within thirty (30) days of this Order.

3. If Respondents fail to pay, post-judgment interest shall accrue from the date of entry of this Judgment at an interest rate of the weekly average one-year constant maturity Treasury yield for the calendar week preceding the date of judgment as specified by 28 U.S.C. § 1961 until judgment is paid in full.

**IT IS SO ORDERED** this 17th day of November, 2025.

*[Signature]*
The Honorable Haywood S. Gilliam, Jr.
United States District Judge